IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT HINTZ, | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| vs. | : | 1:03-CR-0131-CC |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:14-CV-0689-CC |
| Respondent. | : | |

### ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 673] issued by Magistrate Judge Linda T. Walker on March 17, 2014. Magistrate Judge Walker recommends that Movant Scott Hintz's motion to vacate sentence [Doc. No. 668] be construed as a motion to amend and that the motion be denied. Magistrate Judge Walker further recommends that a certificate of appealability be denied and that the above-styled civil action be dismissed. The record reflects that no objections to the Final Report and Recommendation have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the Final Report and Recommendation for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the Final Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation as the opinion of this Court and hereby **ORDERS** that Movant Scott Hintz's motion to vacate sentence [Doc. No. 668], which the Court construes as a motion to amend, is **DENIED**. Further, the Court denies the issuance of a certificate of appealability.

The Court **DIRECTS** the Clerk of Court to terminate the above-styled civil action.

**(SIGNATURE ON FOLLOWING PAGE)**

SO ORDERED this 14th day of April, 2014.

*s/   CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -